UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| APPLIED OPTOELECTRONICS, INC. ) <br> ) <br> Plaintiff, ) <br> ) CASE NO.: 20-1235 <br> v. ) <br> ) **SUMMONS** <br> THE UNITED STATES OF AMERICA, ) <br> OFFICE OF THE UNITED STATES TRADE ) <br> REPRESENTATIVE; ROBERT E. LIGHTHIZER, ) <br> U.S. TRADE REPRESENTATIVE; U.S. ) <br> CUSTOMS AND BORDER PROTECTION; ) <br> MARK A. MORGAN, U.S. CUSTOMS AND ) <br> BORDER PROTECTION ACTING ) <br> COMMISSIONER ) <br> ) <br> Defendant. ) | |

**TO:**  The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiffs' attorneys, whose names and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Mario Toscano
Clerk of the Court

 /s/ Joseph Acayan_____
Robert T. Givens
Scott Johnston
Joseph Acayan
Joshua Beker

GIVENS & JOHNSTON, PLLC
950 ECHO LN., STE 360
HOUSTON, TX 77024-2788
ja@gjatradelaw.com
Office: 713-932-1540

Dated: September 18, 2020                                   Counsel to: Applied Optoelectronics, Inc.